UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

LIBERTY SAFE AND SECURITY PRODUCTS INC.

    Defendant.

Case No: 1:20-cv-10926-LJL

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Queens, New York
         May 25, 2021

Mars Khaimov Law, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

The Wenderoff Law Group, PC

By: _____
Michael J. Glidden, Esq.
400 Rella Blvd., Suite 165
Suffern, NY 10901
michael@wenderofflaw.com
*Attorneys for Defendant*